UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | COURT OF APPEALS NUMBER: |
| | ) | 14-13703-E |
| NAJAM AZMAT, | ) | |
| | ) | DISTRICT COURT NUMBER: |
| Appellant. | ) | 4:13-CR-00028-WTM-GRS-4 |

**CERTIFICATE OF INTERESTED PERSONS**
**PURSUANT TO FED. R. APP. P. 26.1**

COMES NOW NAJAM AZMAT, Appellant herein, and files his certificate of interested persons pursuant to Fed. R. App. P. 26.1. The following persons have an interest in the outcome of this appeal:

United States of America

Najam Azmat

The Honorable William T. Moore, Jr.

Thomas A. Withers

AUSA Karl I. Knoche

AUSA Greg Gilluly, Jr.

AUSA R. Brian Tanner

AUSA James D. Durham

AUSA Brian T. Rafferty

U.S. Attorney, Edward J. Tarver

AUSA Jeffrey J. Buerstatte

Submitted this 25th day of August, 2014.

GILLEN, WITHERS & LAKE, LLC
**/s/ Thomas A. Withers**_____
Thomas A. Withers
Georgia Bar No: 772250

8 East Liberty Street
Savannah, Georgia 31401
(912) 447-8400
Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in

accordance with the directives from the Court Notice of Electronic Filing ("NEF")

which was generated as a result of electronic filing.

This 25th day of August, 2014.

GILLEN, WITHERS & LAKE, LLC
**/s/ Thomas A. Withers**
Thomas A. Withers
Georgia Bar No: 772250

8 East Liberty Street
Savannah, Georgia 31401
(912) 447-8400
Twithers@gwllawfirm.com