UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | COURT OF APPEALS NUMBER: |
| | ) | 14-13703-E |
| NAJAM AZMAT, | ) | |
| | ) | DISTRICT COURT NUMBER: |
| Appellant. | ) | 4:13-CR-00028-WTM-GRS-4 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | COURT OF APPEALS NUMBER: |
| | ) | 14-13703-E |
| NAJAM AZMAT, | ) | |
| | ) | DISTRICT COURT NUMBER: |
| Appellant. | ) | 4:13-CR-00028-WTM-GRS-4 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1, the undersigned counsel certifies that, to the best of his knowledge, the following persons, firms, and associations are the only ones that may have an interest in the outcome of this case:

The Honorable William T. Moore, Jr., United States District Judge

The Honorable G. R. Smith, United States Magistrate Judge

Najam Azmat, Defendant

Jeffrey J. Buerstatte, Assistant United States Attorney

David M. Burns, Jr.

The Law Office of David M. Burns, Jr., PC

Candace Anne Carreras, Defendant

Sean Michael Clark, Defendant

James D. Durham, Assistant United States Attorney

C-1

Gillen Withers & Lake, LLC

E. Gregory Gilluly, Jr., Assistant United States Attorney

Katten Munchin Rosenman, LLP

David A. Kettel

Karl Irving Knoche, Assistant United States Attorney

Adelaida M. Lizama, Defendant

Shelly Lynn Morford, Defendant

Nye & Siamos, PC

Anne Pannell Rodman

Law Office of Anne Pannell

Page A. Pate

The Pate Law Firm, LLC

Robert P. Phillips, III

Phillips and Roberts

Brian T. Rafferty, Assistant United States Attorney

James Stuchell, Assistant United States Attorney

Edward J. Tarver, United States Attorney

The Wade Law Firm

Daniel John Wise, Defendant

This <u>31st</u> day of October, 2014.

                                                   /s/Thomas A. Withers  
                                                   Thomas A. Withers  
                                                   Georgia Bar No. 772250  
                                                   Attorney for Appellant Najam Azmat

Gillen, Withers & Lake, LLC  
8 East Liberty Street  
Savannah, Georgia 31401  
Tel: 912 447 8400  
Fax: 912 629-6347  
[Twithers@gwllawfirm.com](mailto:Twithers@gwllawfirm.com)

COMES NOW Appellant Najam Azmat, ("Azmat") by and through his counsel of record, and moves the Court for an extension of time in which to file the opening brief of appellant. In support of his motion, Azmat shows the Court the following:

1.

Azmat's brief was originally due to be filed on October 28, 2014.

2.

The time for filing the brief was extended by a clerk's extension up to Tuesday, November 4, 2014.

3.

Azmat is incarcerated at Estill FCI, Estill, South Carolina, and has indicated via CorrLinks email that he wants an active role in reviewing the appellate filings.

4.

Azmat's incarceration makes consultation with him regarding matters on appeal very cumbersome and in order to consult with him prior to filing his brief on appeal, he needs additional time, which was not originally anticipated in requesting an extension.

5.

Counsel has been out of town for 3 days this week and has additional court

commitments next week.

6.

As a result, counsel respectfully requests a 10 day extension of time in which to file the opening brief of appellant, up to and including, November 14, 2014.

7.

Counsel has spoken with AUSA James Stuchell, who represents the government about this request, and represents that AUSA Stuchell agrees to a 10 day extension.

8.

Counsel represents that he will request no further extensions.

WHEREFORE, Appellant Najam Azmat respectfully requests the Court grant his motion for extension of time.

Respectfully submitted this the 31st day of October, 2014.

/s/Thomas A. Withers
Thomas A. Withers
Georgia Bar No. 772250
Attorney for Appellant Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Tel: 912 447 8400
Fax: 912 629-6347
Twithers@gwllawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served a copy of the foregoing unopposed motion for extension of time to file appellant brief on this date in accordance with the directives from the Court Notice of Electronic Filing ("NEF") that was generated as a result of electronic filing. The following counsel of record is served with a copy of this response by electronic notification using the CM/ECF system as follows:

>Karl Knoche, Assistant United States Attorney
>James Stuchell, Assistant United States Attorney

This <u>31st</u> day of October, 2014.

>/s/Thomas A. Withers
>Thomas A. Withers
>Georgia Bar No. 772250
>Attorney for Appellant Najam Azmat

Gillen, Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401
Tel: 912 447 8400
Fax: 912 629-6347
Twithers@gwllawfirm.com