IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-13703-EE

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

versus

NAJAM AZMAT,
a.k.a. Dr. Hazmat,

                Defendant - Appellant.

Appeal from the United States District Court
for the Southern District of Georgia

ORDER:

The Appellant's motion for an extension of time to file the following documents is GRANTED.

The Appellant's initial brief is due on November 14, 2014, with the appendix due no later than seven days from the filing of the brief.

                                            UNITED STATES CIRCUIT JUDGE