# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

───────────────────────────────

No. 14-13703-E

───────────────────────────────

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

vs.

NAJAM AZMAT,

Defendant-Appellant.

───────────────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

───────────────────────────────

GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

───────────────────────────────

EDWARD J. TARVER
UNITED STATES ATTORNEY

James C. Stuchell
Assistant United States Attorney
United States Attorney's Office
22 Barnard Street, Suite 300
Savannah, Georgia 31401
(912) 652-4422
Attorneys for Appellee

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Azmat, Najam, defendant

Buerstatte, Jeffrey J., Assistant United States Attorney

Burns, Jr., David M.,

Carreras, Candace Anne, defendant

Clark, Sean Michael, defendant

Durham, James D., First Assistant United States Attorney

Gillen Withers & Lake, LLC

Gilluly, Jr., E. Gregory, Assistant United States Attorney

Katten Munchin Rosenman, LLP

Kettel, David A.

Knoche, Karl I., Assistant United States Attorney

Lizama, Adelaida M., defendant

Moore, Jr., the Honorable William T., United States District Judge

Morford, Shelly Lynn, defendant

Nye & Siamos, PC

Rodman, Anne Pannell

Pate, Page A.

Phillips and Roberts

Rafferty, Brian T., Assistant United States Attorney

Smith, the Honorable G.R., United States Magistrate Judge

Stuchell, James C., Assistant United States Attorney

Tanner, R. Brian, Assistant United States Attorney

Tarver, Edward J., United States Attorney

Wade Law Firm

Wise, Daniel John, defendant

# GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

1. Azmat's brief was originally due on October 28, 2014.

2. On October 24, 2014, a deputy clerk extended the time for Azmat to file his brief until November 4, 2014.

3. On October 31, 2014, Azmat filed a motion for extension of time to file his brief until November 14, 2014. The government did not oppose that motion. This Court granted that motion.

4. Azmat filed his brief on November 14, 2014.

5. Azmat's 54-page brief asserts nine errors at trial and sentencing. In particular, Azmat argues that the evidence was insufficient to convict him on all 51 counts. Answering those arguments will require the government to review and summarize all the evidence at the 5-day jury trial.

6. The government's brief is currently due on December 17, 2014.

7. Between now and that time, the government has briefs due in this Court for four other appeals: nos. 14-14264, 14-13536, 14-13537, and 13-13855.

8.  On December 9, 2014, the government has an oral argument in appeal no. 13-13500.

9.  From December 20, 2014 and January 5, 2015, the government has briefs due in this Court for five other appeals: nos. 13-15198, 13-15653, 14-10866, 14-13874, and 13-14186.

10. In light of its workload and the intervening holidays, the government will be unable to prepare an adequate response to Azmat's arguments by the current deadline for its brief.

11. Therefore, the government respectfully requests an extension of time to file its brief to January 30, 2015.

12. Counsel to Azmat does not oppose this request.

This 3rd day of December, 2014.

    Respectfully submitted,

    EDWARD J. TARVER
    UNITED STATES ATTORNEY

    */s/ James C. Stuchell*

    James C. Stuchell
    Assistant United States Attorney
    Virginia Bar No. 41941
    James.Stuchell@usdoj.gov

2

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

This motion complies with Fed. R. App. P. 27(d)(2) because it does not exceed 20 pages, excluding the certificate of interested persons and accompanying documents.

This motion complies with Fed. R. App. P. 32(a) because I prepared it in Microsoft Word 2010 using proportionally spaced Century Schoolbook 14-point font.

This motion complies with 11th Cir. R. 25-3(a) because today my office filed it electronically through the 11th Cir. E.C.F. system.

This motion complies with Fed. R. App. P. 25(d) because its E.C.F. filing constitutes automatic electronic service on Thomas A. Withers, counsel to Azmat, pursuant to 11th Cir. Guide to Electronic Filing R. 7.2.

This 3rd day of December, 2014.

                                    **EDWARD J. TARVER**
                                    **UNITED STATES ATTORNEY**

                                    */s/ James C. Stuchell*

                                    James C. Stuchell
                                    Assistant United States Attorney
                                    Virginia Bar No. 41941
                                    James.Stuchell@usdoj.gov

U. S. Attorney's Office
22 Barnard Street, Suite 300

Savannah, Georgia 31401
(912) 652-4422