## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 15, 2014

James C. Stuchell
U.S. Attorney's Office
PO BOX 8970
22 BARNARD ST, STE 300
SAVANNAH, GA 31401

R. Brian Tanner
U.S. Attorney's Office
PO BOX 8970
22 BARNARD ST, STE 300
SAVANNAH, GA 31401

Appeal Number: 14-13703-EE
Case Style: USA v. Najam Azmat
District Court Docket No: 4:13-cr-00028-WTM-GRS-4

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

An extension of time has been granted to and including 01/30/2015

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

EXT-1 Extension of time