# CORRECTED

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13703-EE
_____

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

versus

NAJAM AZMAT,
a.k.a. Dr. Hazmat,

                                      Defendant - Appellant.
_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

ORDER:

     Appellee's motion for an extension of time for filing the following documents is GRANTED. Appellee's brief is due January 30, 2015, with the Appellee's appendix, if any, due no later than seven days from the filing of the appellee's brief.

                                                      /S/ ADALBERTO JORDAN
                                                      UNITED STATES CIRCUIT JUDGE