UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 26, 2015

Thomas A Withers
Gillen Withers & Lake, LLC
8 E LIBERTY ST
SAVANNAH, GA 31401

Appeal Number: 14-13703-EE
Case Style: USA v. Najam Azmat
District Court Docket No: 4:13-cr-00028-WTM-GRS-4

**RULES PROVIDE FOR DISMISSAL WITHOUT FURTHER NOTICE WHEN A BRIEF OR APPENDIX IS NOT FILED OR <u>CORRECTED</u> WITHIN THE TIME PERMITTED.**

The appendix filed by you in the referenced appeal is deficient because it does not contain the following item(s) required by General Order 39:

The Presentence Investigation Report (PSI) was not filed with the Appendix. In an appeal concerning the sentence in a criminal case, the appellant must forward one copy of the PSI under seal to the Clerk of this Court. The PSI must be placed in a separate sealed envelope marked **"SEALED"** and labeled with the appeal number, short style, and a notation that a copy of the PSI is enclosed.

Please submit this document to the court within (14) Fourteen days from this date.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gordon Fields
Phone #: (404) 335-6226