UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**
   Appellee,

vs.              Appeal No: 14-13703

**NAJAM AZMAT,**
   Appellant.
_____/

**NOTICE OF APPEARANCE OF CO-COUNSEL**

COMES now, WILLIAM MALLORY KENT, to file this notice of appearance as co-counsel for Appellant, Najam Azmat, for purposes of the oral argument that is set in this matter for September 29, 2015, in Jacksonville, Florida.

        Respectfully submitted,

        THE LAW OFFICE OF
        WILLIAM MALLORY KENT

        s/William Mallory Kent
        William Mallory Kent
        Florida Bar No. 0260738
        24 North Market Street
        Suite 300
        Jacksonville, FL 32202
        (904) 398-8000 Telephone
        (904) 348-3124 Facsimile
        kent@williamkent.com
        Co-Counsel for Azmat

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

| | |
|---|---|
| James Stuchell<br>James.stuchell@usdoj.gov | R. Brian Tanner<br>brian.tanner@usdoj.gov |
| Thomas A. Withers<br>twithers@gwllawfirm.com | |

s/William Mallory Kent
William Mallory Kent
