IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-13703-W

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NAJAM AZMAT,
a.k.a. Dr. Hazmat,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER:

Attorney William Mallory Kent has submitted an appearance of counsel to appear in
this appeal. Consistent with Eleventh Circuit General Order 36, Attorney
William Mallory Kent is GRANTED leave to appear in this appeal.

DOUGLAS J. MINCHER
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION