UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 18, 2015

William Mallory Kent
Law Office of William M. Kent
1932 PERRY PL
JACKSONVILLE, FL 32207

Appeal Number: 14-13703-W
Case Style: USA v. Najam Azmat
District Court Docket No: 4:13-cr-00028-WTM-GRS-4

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Valerie L. Geddis
Phone #: (404) 335-6143

MOT-2 Notice of Court Action