## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

UNITYED STATES OF AMERICA,
          Appellee,

vs.                                   **Appeal No. 14-13703**

NAJAM AZMAT,
          Appellant.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE CLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, I hereby certify that the following named persons are parties interested in the outcome of this case:

Azmat, Najam – Defendant/Appellant

Buerstatte, Jeffrey – Office of the U.S. Attorney

Burns, David M. – terminated CJA Apptd. counsel for Najam Azmat

Carreras, Candace Anne – Co-Defendant

Clark, Sean Michael - Co-Defendant

Durham, James D. – Office of the U.S. Attorney

Gilluly, E. Gregory, Jr. – Office of the U.S. Attorney

Kent, William Mallory - Appellate Co-Counsel for Najam Azmat

Kettel, David A. – terminated counsel for Adelaida M. Lizama

Knoche, Karl Irving – Office of the U.S Attorney

Lizama, Adelaida M. – Co-Defendant

C1 of 2

Morford, Shelly Lynn – Co-Defendant

Moore, Honorable William T., Jr. – District Court Judge

Nye, Robert N. III – terminated counsel for Daniel John Wise

Pate, Page A. – terminated counsel for Candace Anne Carreras

Phillips, Robert P. III – terminated CJA Apptd. counsel for Sean M. Clark

Rafferty, Brian T. - Office of the U.S. Attorney

Rodman, Anne Parnell – terminated CJA Apptd. counsel for Shelly Morford

Smith, Honorable G. B. - Magistrate Judge, United States District Court

Tarver, Edward J. – Office of the U.S. Attorney

Wade, Julie M. – terminated counsel for Adelaida M. Lizama

Wise, Daniel John – Co-Defendant

Withers, Thomas A. – Counsel for Najam Azmat

C2 of 2

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**UNITYED STATES OF AMERICA,**
            **Appellee,**

vs.                                        **Appeal No. 14-13703**

**NAJAM AZMAT,**
            **Appellant.**

_____/

**MOTION FOR ENLARGEMENT OF TIME FOR ORAL ARGUMENT**

Comes now the Appellant, NAJAM AZMAT ("Azmat"), by and through the undersigned counsel, to move this Honorable Court to enlarge the time for the oral arguments scheduled for September 29, 2015, in the above styled matter, for an additional ten (10) minutes per side.  In support of this motion, Azmat states as follows:

This case is a direct appeal from a conviction and sentence in a criminal case. Azmat believes that an additional ten (10) minutes preside would allow a more complete argument of the issues presented and believes that the additional ten (10) minutes preside would be sufficient but not more time than necessary for the disposition of the case.

James C. Stuchell, the United States Attorney assigned to this matter, indicated that the government is opposed to the relief requested in this motion.

WHEREFORE, the Appellant, NAJAM AZMAT, respectfully requests that

this Honorable Court grant this motion and allow an additional ten (10) minutes per side for oral arguments on September 29, 2015, in the above styled matter.

Respectfully submitted,

THE LAW OFFICE OF
WILLIAM MALLORY KENT

s/William Mallory Kent
William Mallory Kent
Florida Bar No. 0260738
24 North Market Street
Suite 300
Jacksonville, FL 32202
(904) 398-8000 Telephone
(904) 348-3124 Facsimile
kent@williamkent.com
Co-Counsel for Azmat

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/William Mallory Kent
William Mallory Kent