

# THE LAW OFFICE OF
# WILLIAM MALLORY KENT, P.A.
24 NORTH MARKET STREET, SUITE 300
JACKSONVILLE, FLORIDA 32202

CRIMINAL DEFENSE
IN FEDERAL AND STATE COURTS
TRIAL - APPEAL - POST-CONVICTION RELIEF

TELEPHONE (904) 398-8000
FAX (904) 348-3124
EMAIL KENT@WILLIAMKENT.COM

**By FedEx**

September 29, 2015

Clerk, U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

Re: *United States of America v. Najam Azmat*
     Appeal No: 14-13703

Dear Sir/Madam:

Enclosed you will find check number 14949 in the amount of $30.00 from the Law Office of William Mallory Kent, as payment for a CD of the oral argument held September 29, 2015, in *United States of America v. Najam Azmat*, Appeal No. 14-13703. A FedEx envelope is also enclosed for your use in sending the CD to our office as soon as possible.

Please feel free to contact the office, if you have any questions. Your assistance with this matter is greatly appreciated.

Sincerely,

Susan C. Davis
Secretary to William Mallory Kent

Enclosures