IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-13703-W

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

versus

NAJAM AZMAT,
a.k.a. Dr. Hazmat,

                              Defendant - Appellant.

Appeal from the United States District Court
for the Southern District of Georgia

ORDER:

Motion for additional ten (10) minutes per side for oral argument is granted.

_____
UNITED STATES CIRCUIT JUDGE