UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 01, 2015

Jeffrey J. Buerstatte
U.S. Attorney's Office
22 BARNARD ST STE 300
PO BOX 8970
SAVANNAH, GA 31401

Appeal Number: 14-13703-W
Case Style: USA v. Najam Azmat
District Court Docket No: 4:13-cr-00028-WTM-GRS-4

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Valerie L. Geddis
Phone #: (404) 335-6143

MOT-2 Notice of Court Action