**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 14-13703
_____

District Court Docket No.
4:13-cr-00028-WTM-GRS-4

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

versus

NAJAM AZMAT,
a.k.a. Dr. Hazmat,

                            Defendant - Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

**JUDGMENT**

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 10, 2015
For the Court: AMY C. NERENBERG, Acting Clerk of Court
By: Djuanna Clark
