# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 10, 2015

Scott L. Poff
U.S. District Court
125 BULL ST
PO BOX 8286
SAVANNAH, GA 31402

Appeal Number: **14-13703-EE**
Case Style: USA v. Najam Azmat
District Court Docket No: 4:13-cr-00028-WTM-GRS-4

The following record materials in the referenced case are returned herewith:

<u>One Folder of Exhibits.</u>

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Will Miller
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC