# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 11, 2016

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  Najam Azmat
           v. United States
           No. 15-8145
           (Your No. 14-13703)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on
February 8, 2016 and placed on the docket February 11, 2016 as No. 15-8145.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst